COWAN, LIEBOWITZ & LATMAN, P.C.
Jonathan Z. King (jzk@cll.com)
Eric J. Shimanoff (ejs@cll.com)
114 West 47th Street
New York, New York 10036
(212) 790-9200
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

CAR-FRESHNER CORPORATION and
JULIUS SÄMANN LTD.,

                 Plaintiffs,         Civil Action No. 1:18-cv-09629

    v.

BALENCIAGA AMERICA, INC.,

                 Defendant.

---

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

    Plaintiffs CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD. state that there is no parent corporation or publicly held corporation that owns 10% or more of their stock.

Dated: October 19, 2018           Respectfully submitted,

                                          COWAN, LIEBOWITZ & LATMAN, P.C.

                                          By:   s/ Jonathan Z. King
                                                Jonathan Z. King (jzk@cll.com)
                                                Eric J. Shimanoff (ejs@cll.com)
                                          114 West 47th Street
                                          New York, New York 10036
                                          (212) 790-9200
                                          *Attorneys for Plaintiffs*

29887/041/2527811