COWAN, LIEBOWITZ & LATMAN, P.C.
Jonathan Z. King (jzk@cll.com)
Eric J. Shimanoff (ejs@cll.com)
114 West 47th Street
New York, New York 10036
(212) 790-9200
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

CAR-FRESHNER CORPORATION and
JULIUS SÄMANN LTD.,

                Plaintiffs,                Civil Action No. 1:18-cv-09629

    v.

BALENCIAGA AMERICA, INC.,

                Defendant.

---

       PLEASE TAKE NOTICE that the undersigned appears as attorney for Plaintiffs Car-Freshner Corporation and Julius Sämann Ltd., herein, and requests that copies of all papers in this action be served on him at the address stated below.

Dated: New York, New York
        October 19, 2018

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.

By:   s/ Eric J. Shimanoff
      Eric J. Shimanoff (ejs@cll.com)
114 West 47th Street
New York, NY  10036-1525
(212) 790-9200

Attorneys For Plaintiffs

31653/000/2506362.1