UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
CAR-FRESHNER CORPORATION and                                 :
JULIUS SÄMANN LTD.,                                          :
                                                             :
                                    Plaintiffs,              :
                                                             :
              -against-                                      :
                                                             :
BALENCIAGA AMERICA, INC.,                                    :
                                                             :
                                    Defendant.               :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2018

18-CV-9629 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 14, 2018, the parties appeared for a conference with this Court;

IT IS HEREBY ORDERED THAT this case is REFERRED FOR MEDIATION to the Court-annexed Mediation Program. The parties are hereby notified that Local Civil Rule 83.9 will govern the mediation and are directed to participate in the mediation in good faith. The parties are directed to notify the Court no later than **one week** after the conclusion of all mediation whether they were able to settle this case.

The Court specifically requests that a mediator with expertise in trademark matters be assigned.

**SO ORDERED.**

Date: December 17, 2018
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**